AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Henderson, Karen L. | US Circuit Court of Appeals | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse, Room 3118<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Henderson, Karen L.

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. | Suntrust Bank Checking Account | A | Interest | J | T | | | | | |
| 3. | Suntrust Bank Investment Account | A | Dividend | M | T | | | | | |
| 4. | Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 5. | Citigroup Account Contains: | | | | | | | | | |
| 6. | **Smith Barney Cash Accounts | A | Interest | K | T | | | | | |
| 7. | **AT&T Inc.: Common | B | Dividend | K | T | | | | | |
| 8. | **Alcatel-Lucent: Common | | None | J | T | | | | | |
| 9. | **NCR Corp: Common | | None | J | T | | | | | |
| 10. | **Teradata Corp: Common | | None | J | T | | | | | |
| 11. | **LSI Corporation: Common | | None | J | T | | | | | |
| 12. | **International Business Machines:<br>Common | A | Dividend | J | T | | | | | |
| 13. | IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 14. | IRA: Citigroup Contains: | | | | | | | | | |
| 15. | **AT&T Inc.: Common | C | Dividend | L | T | | | | | |
| 16. | **Citigroup Inc.: Common | | None | J | T | | | | | |
| 17. | **Alcatel-Lucent: Common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. **Intl Business Machines Corp.: Common | B | Dividend | L | T | | | | | |
| 19. **NCR Corp.: Common | | None | J | T | | | | | |
| 20. **Teradata Corp: Common | | None | J | T | | | | | |
| 21. **Citigroup Cash Accounts | A | Interest | L | T | | | | | |
| 22. **LSI Corporation: Common | | None | J | T | | | | | |
| 23. **Traveler's Companies: Common | A | Dividend | J | T | | | | | |
| 24. Merrill Lynch Account Contains: | | | | | | | | | |
| 25. **Federal Signal Corp.: Common | B | Dividend | K | T | Buy (add'l) | 12/05/10 | J | | |
| 26. **Schlumberger Ltd: Common | C | Dividend | N | T | Buy (add'l) | 10/06/10 | J | | |
| 27. **CD: Capital One Bank | B | Interest | | | Redeemed | 01/25/10 | L | | |
| 28. **CD: Capital One NA McLean | B | Interest | | | Redeemed | 01/25/10 | L | | |
| 29. **CD: Bank of America | A | Interest | | | Redeemed | 11/04/10 | L | | |
| 30. **CD: Firstbank of PR | A | Interest | | | Redeemed | 11/08/10 | L | | |
| 31. **Arizona Sch Facs BRD 5.0% | A | Interest | K | T | | | | | |
| 32. **Georgia State 5.0% | A | Interest | K | T | | | | | |
| 33. **Georgia State 5.0% | A | Interest | J | T | | | | | |
| 34. **Charlotte NC CTFS 4.0% | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. **New Jersey Econ Dev 5.0% | B | Interest | L | T | | | | | |
| 36. **New Jersey Econ Dev 5.0% | B | Interest | L | T | | | | | |
| 37. **Berkeley Cnty SC Sch Dist. 5.75% | B | Interest | | | Redeemed | 01/15/10 | J | | |
| 38. **Laurens Co SC Wtrswr 3.4% | A | Interest | K | T | | | | | |
| 39. **SC Transn Infrastr Rev 5.0% | C | Interest | | | Redeemed | 10/01/10 | L | | |
| 40. **SC Jobs-EDA Hsp Fcs 5.0% | A | Interest | | | Redeemed | 11/01/10 | J | | |
| 41. **Beaufort Cnty SC OID 2.875% | B | Interest | L | T | | | | | |
| 42. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 43. **South Carolina St Hwy 5.0% | B | Interest | L | T | | | | | |
| 44. **South Carolina Transn Infra Ser 5.1% | C | Interest | L | T | | | | | |
| 45. **California ST Economic 5.75% | B | Interest | | | Redeemed | 01/04/10 | K | | |
| 46. **Clemson University, SC 4.0% | B | Interest | | | Redeemed | 05/03/10 | L | | |
| 47. **New York, NYC Tran Fin 5.5% | B | Interest | | | Redeemed | 05/03/10 | L | | |
| 48. **New York, NY 6.0% | B | Interest | | | Redeemed | 05/17/10 | L | | |
| 49. **Florida St Dept Transn 5.0%· | C | Interest | | | Redeemed | 07/01/10 | L | | |
| 50. **South Dakota St Bldg 5.0% | B | Interest | | | Redeemed | 12/01/10 | K | | |
| 51. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | **Transocean Inc.: Common | | None | L | T | | | | | |
| 53. | **Merrill Lynch Cash Accounts | A | Interest | N | T | | | | | |
| 54. | **Delhaize Group Spons Adr: Common | A | Dividend | J | T | | | | | |
| 55. | **El Paso Corporation: Common | A | Dividend | K | T | | | | | |
| 56. | **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 57. | **Titanium Metals Corp. | | None | J | T | | | | | |
| 58. | **DirecTV Group Inc.: Common | | None | J | T | | | | | |
| 59. | **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 60. | **Allstate Corp: Common | A | Dividend | J | T | | | | | |
| 61. | **Morgan Stanley: Common | A | Dividend | J | T | | | | | |
| 62. | **Discover Financial Services: Common | A | Dividend | J | T | | | | | |
| 63. | **Chevron Corp: Common | C | Dividend | M | T | | | | | |
| 64. | **Marathon Oil Corp: Common | B | Dividend | L | T | | | | | |
| 65. | **Royal Dutch Shell PLC | E | Dividend | O | T | Buy (add'l) | 12/31/10 | N | | |
| 66. | Merrill Lynch IRA Contains: | | | | | | | | | |
| 67. | **AT&T, Inc.: Common | A | Dividend | K | T | | | | | |
| 68. | **Alcatel-Lucent: Common | | None | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. **LSI Corporation: Common | | None | J | T | | | | | |
| 70. **Marathon Oil Corp: Common | C | Dividend | M | T | | | | | |
| 71. **Merrill Lynch Cash Accounts | A | Interest | J | T | | | | | |
| 72. Wells Fargo Rollover IRA Contains: | | | | | | | | | |
| 73. **Wells Fargo PT Money Market Fund | A | Interest | J | T | | | | | |
| 74. **United States Treasury Bills Due 06/30/2011 | | None | P1 | T | Buy | 12/30/10 | P1 | | |
| 75. **United States Treasury Bills Due 12/31/2010 | B | Interest | | | Buy | 07/01/10 | P1 | | |
| 76. | | | | | Redeemed | 12/30/10 | P1 | | |
| 77. **United States Treasury Bills Due 07/01/10 | B | Interest | | | Redeemed | 07/01/10 | P1 | | |
| 78. Stanley Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 79. Bank America Corp.: Common | B | Dividend | N | T | | | | | |
| 80. The Boeing Co.: Common | D | Dividend | N | T | | | | | |
| 81. Campbell Soup Co.: Common | D | Dividend | M | T | | | | | |
| 82. Colgate-Palmolive Co.: Common | E | Dividend | O | T | | | | | |
| 83. Genereal Electric Co.: Common | E | Dividend | O | T | | | | | |
| 84. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 85. IBM Corp.: Common | C | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 87. El Paso Energy: Common | A | Dividend | L | T | | | | | |
| 88. Pfizer Co.: Common | D | Dividend | M | T | | | | | |
| 89. Solutia Inc.: Common | | None | J | T | | | | | |
| 90. Marathon Group: Common | C | Dividend | M | T | | | | | |
| 91. Monsanto: Common | C | Dividend | L | T | | | | | |
| 92. Chevron Corporation: Common | D | Dividend | M | T | | | | | |
| 93. Weyerhaeuser Co.: Common | E | Dividend | L | T | | | | | |
| 94. US Steel Group: Common | A | Dividend | J | T | | | | | |
| 95. Springtree Associates Partnership: 1% Interest | B | Rent | J | W | | | | | |
| 96. Wachovia Bank Accounts: | A | Interest | L | T | | | | | |
| 97. First Citizens Bank Account | A | Interest | L | T | | | | | |
| 98. NBSC Money Market Account | A | Interest | K | T | | | | | |
| 99. CD: Carolina First | B | Interest | L | T | | | | | |
| 100. CD: NBSC | A | Interest | K | T | | | | | |
| 101. CD: South Carolina Bank & Trust | A | Interest | K | T | | | | | |
| 102. CD: First Citizens Bank | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CD: BB&T | A | Interest | L | T | | | | | |
| 104. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 105. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 106. Merrill Lynch SEP Contains: | | | | | | | | | |
| 107. **Merrill Lynch SEP Cash Accounts | A | Dividend | J | T | | | | | |
| 108. **Chevron Corp: Common | D | Dividend | M | T | Buy (add'l) | 05/05/10 | K | | |
| 109. **American Growth Fund of America | A | Dividend | K | T | | | | | |
| 110. **American Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 111. **Thornburg International Value Fund | A | Dividend | M | T | | | | | |
| 112. Wells Fargo Bank Trust Contains: | | | | | | | | | |
| 113. **Artio Intl Equity Fund | A | Dividend | J | T | | | | | |
| 114. **Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 115. **Evergreen Equity Tr Intrinsic Value Fund | | None | | | Merged (with line 116) | 07/19/10 | J | | |
| 116. **Wells Fargo Advanced Intrinsic Value Fund | A | Dividend | J | T | | | | | |
| 117. **Golden Large Core Value Fund | A | Dividend | K | T | | | | | |
| 118. **Goldman Sachs Growth Opportunity Fund | | None | J | T | Sold (part) | 01/05/10 | J | A | |
| 119. **Goldman Sachs Large Cap Value Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. **ING International Real Estate Unit | A | Dividend | J | T | | | | | |
| 121. **Janus Advisor Perkins Mid Cap Fund | | None | | | Sold | 12/20/10 | J | C | |
| 122. **Royce Value Plus Fund | A | Dividend | | | Sold | 12/20/10 | J | C | |
| 123. **SSGA Emerging Markets Fund | A | Dividend | J | T | Sold (part) | 12/20/10 | J | B | |
| 124. **Wells Fargo Advantage Endeavor Select Fund | | None | J | T | Sold (part) | 01/05/10 | J | A | |
| 125. **Nuveen Limited Term Muni Fund | A | Dividend | J | T | Sold (part) | 04/05/10 | J | | |
| 126. **Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | K | T | Sold (part) | 04/05/10 | J | | |
| 127. **Golden Small Core Value | | None | | | Sold | 12/20/10 | J | | |
| 128. **Pimco Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 129. **Rowe T. Price Real Estate Fund | A | Dividend | | | Sold (part) | 01/05/10 | J | | |
| 130. | | | | | Sold | 12/20/10 | J | B | |
| 131. **Evergreen International Bond Fund | A | Dividend | | | Merged (with line 132) | 07/12/10 | J | | |
| 132. **Wells Fargo Advantage International Bond Fund | A | Dividend | J | T | | | | | |
| 133. **Nuveen Funds High Yield Muni Fund | A | Dividend | J | T | | | | | |
| 134. **Pimco Emerging Markets Bond Fund | A | Dividend | J | T | Sold (part) | 12/20/10 | J | A | |
| 135. **Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 136. **Evergreen Intermediate Municipal Bond Fund | A | Dividend | | | Buy (add'l) | 01/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Merged<br>(with line 138) | 07/12/10 | J | | |
| 138. **Wells Fargo Advanced Intermediate Tax Free Fund | A | Dividend | K | T | | | | | |
| 139. **Dreyfus Tax Exempt Cash Management Fund | A | Interest | J | T | | | | | |
| 140. **Dreyfus Emerging Markets Debt Fund | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 141. **JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 142. **Keeley Small Cap Value Fund | | None | J | T | Buy | 12/20/10 | J | | |
| 143. **Vanguard Emerging Markets ETF Fund | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 144. **Vanguard REIT Viper Fund | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 145. **TCW Small Cap Growth Fund | | None | J | T | Buy | 12/20/10 | J | | |
| 146. Wells Fargo Brokerage Account Contains: | | | | | | | | | |
| 147. **US Treasury Bill Due 09/16/10 | B | Interest | | | Buy | 03/15/10 | P1 | | |
| 148. | | | | | Redeemed | 09/16/10 | P1 | | |
| 149. **US Treasury Bill Due 03/18/10 | B | Interest | | | Redeemed | 03/18/10 | P1 | | |
| 150. **US Treasury Bill Due 03/17/11 | | None | P1 | T | Buy | 09/13/10 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 72 & 73 - Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo. In June 2010, the IRA account became a Wells Fargo account and was not reported under the Wachovia Corporation name anymore.

Part VII, Line 78 - The Stanley Works Company merged with The Black & Decker Corporation on March 12, 2010. The combined company is now know as Stanley Black & Decker.

Part VII, Line 112 -  Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo. In June 2010, the Wachovia trust account became a Wells Fargo account and was not reported under the Wachovia Corporation name anymore.

Part VII, Line 115 & 116 - The Evergreen Equity Intrinsic Value Fund merged with the Wells Fargo Advanced Intrinsic Value Fund on July 16, 2011. One share of the Evergreen Equity Intrinsic Value Fund was traded for one share of the Wells Fargo Advanced Intrinsic Fund.

Part VII, Line 131 & 132 - The Evergreen International Bond Fund merged with the Wells Fargo Advantage International Bond Fund on July 9, 2011. One share of the Evergreen International Bond Fund was traded for one share of the Wells Fargo Advantage International Bond Fund.

Part VII, Line 137 & 138 - The Evergreen Intermediate Municipal Bond Fund merged with the Wells Fargo Advanced Intermediate Tax Free Fund on July 9, 2011. One share of the Evergreen Intermediate Municipal Bond Fund was traded for one share of the Wells Fargo Advanced Intermediate Tax Free Fund.

Part VII, Line 146 - Wells Fargo & Company merged with Wachovia Corporation on January 1, 2009. The newly merged company became known as Wells Fargo. In June 2010, the Wachovia account became a Wells Fargo account and was not reported under the Wachovia Corporation name anymore.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen L. Henderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544